# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ANTOINE DWAYNE WELLS | ) | Case No: 3:93CR00264-004 |
| | ) | USM No: 10834-058 |
| Date of Previous Judgment: 8/16/1994 | ) | Tanzania Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❐ the Director of the Bureau of Prisons ❐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
 ■ **DENIED.**  ❐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 42          Amended Offense Level: 40
Criminal History Category: VI       Criminal History Category: VI
Previous Guideline Range: 360 to life months    Amended Guideline Range: 360 to life months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❐ The reduced sentence is within the amended guideline range.
❐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):   No reduction. Amendment 706 has no impact on the defendant's sentencing range as the range remains 360 months to life.

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated  8/16/1994  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: May 20, 2009

Effective Date: _____
(if different from order date)

Martin Reidinger
United States District Judge