# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

UNITED STATES OF AMERICA

    V.                                 CASE NUMBER: 3:93cr264-4

Antoine Dwayne Wells

    THIS MATTER is before the Court sua sponte.

    **NOW, THEREFORE, IT IS ORDERED** that:

The Bureau of Prisons and the United States Marshals service is hereby ORDERED to

transport & produce the body of Defendant, Antoine Dwayne Wells (USM# 10834-058),

for a resentencing hearing before the honorable Max O. Cogburn, Jr., in the Western

District of North Carolina, Charlotte not later than August 24, 2021, and upon

completion of the resentencing hearing, Defendant is to be returned to the custody of

the Bureau of Prisons.

    The Clerk is directed to certify copies of this Order to the United States Attorney,

Defendant's Counsel, the United States Marshal Service, and the United States

Probation Office.

    IT IS SO ORDERED.

Signed: July 19, 2021

Max O. Cogburn Jr.
United States District Judge